UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN RODRIGUEZ-MORALES,

                Petitioner,

-against-

J.L. JAMISON, WARDEN,

                Respondent.

23-CV-7956 (PAE)

ORDER TO ANSWER, 28 U.S.C. § 2241

PAUL A. ENGELMAYER, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   November 6, 2023
          New York, New York

                                                 PAUL A. ENGELMAYER
                                                 United States District Judge