UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUAN RODRIGUEZ-MORALES,

                    Petitioner,                    23 **CIVIL** 7956 (PAE)

    -against-                              **JUDGMENT**

J. L. JAMISON, Warden of the Federal Bureau
of Prisons Correctional Facility of Otisville,
New York,
                    Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2024, the Court has dismissed the petition for a writ of habeas corpus; accordingly, the case is closed.

**DATED:** New York, New York
           September 24, 2024

                                                   **DANIEL ORTIZ**
                                            **Acting Clerk of Court**
               **BY:**             K. Mango
                                                    **Deputy Clerk**